V
LIVE
9275
RICHMOND
AVENUE
MAGIC CIT
OPEN 24
LEASING
INFO
STOP $30 BILLION
TO ISRAEL
CASH
LOANS
ON CAR TITLES
713-706-4167
TATT
EXHIBIT
D
tabbies

9275
BARBER
LIVE
9275 RICHMOND AVENUE
713-780-2656
CITY
YANG
RESTAURANT
LEASING INFO